IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

MEDSHIFT, LLC,

      Plaintiff,

v.

VIGOR SERVICES, LLC d/b/a REVIBE MEN'S HEALTH,

      Defendant.

**Civil Action No. 3:24-cv-00629**

## CERTIFICATION AND REPORT OF F.R.C.P. 26(f), LCvR 16.1, CONFERENCE AND DISCOVERY PLAN

Pursuant to Rule 26, the Parties submit this Certification and Report of Rule 26(f) Conference and Discovery Plan.

1. **Certification of Conference.** A meeting of counsel of the parties was held on August 13, 2024, by telephone with Kevin Sweat, Komlavi Atsou, and Virginia Wooten in attendance.

2. **Pre-Discovery Disclosures.** The information required by Fed. R. Civ. P. 26(a)(1) will be disclosed by Thursday, September 19, 2024.

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a)    All discovery shall be commenced in time to be completed by Monday, April 24, 2025.

    b)    Discovery Limits:

        1) Maximum of 20 interrogatories by each party to any other party.
        2) Maximum of 25 requests for admission by each party to any other party.

        3) Maximum of 6 depositions by plaintiffs, 6 by defendant.

1

c) Reports from retained experts under Rule 26(a)(2) will be due from: (i) plaintiff by January 6, 2024, and (ii) defendant by March 6, 2025.

4. **Other Items.**

a) The parties do not request a conference with the court before entry of the scheduling order.

b) Any amendments to claims and/or third-party complaints in this matter shall be filed by October 21, 2024.

c) All potentially dispositive motions shall be filed by May 30, 2025.

d) Settlement may be enhanced by a Mediated Settlement Conference to be completed by March 10, 2025.

e) Final lists of witnesses and exhibits under Rule 26(a)(3) are due on first day of trial.

f) If the case is ultimately tried, trial is expected to take approximately 2 days. The parties believe this case should be ready for trial after October 15, 2025.

g) The parties have discussed the issue of consent to the jurisdiction of a U.S. magistrate judge and do not consent at this time.

h) The parties have discussed entry into a stipulated protective order and plan to file a protective order with this court.

5. Please identify any other matters regarding discovery or case management which may require the Court's attention: N/A

[signature block on following page]

| | |
|---|---|
| /s/ *Kevin G. Sweat*<br>Harrison A. Lord (NCSB #36236)<br>hlord@lordlindley.com<br>Trey Lindley (NCSB #31650)<br>tlindley@lordlindley.com<br>Kevin G. Sweat (NCSB #52951)<br>ksweat@lordlindley.com<br>Lord & Lindley, PLLC<br>326 W. 10th Street<br>Charlotte, N.C. 28202<br>Tel: (704) 457-1010<br>*Attorneys for Plaintiff* | /s/ *Virginia M. Wooten*<br>Virginia M. Wooten, NCSB #48180<br>Virginia.wooten@ogletreedeakins.com<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>201 S. College Street, Suite 2300<br>Charlotte, N.C. 28244<br>Tel: 704-342-2588<br><br>Komlavi Atsou (Pro Hac Vice)<br>127 Public Square, Suite 4100<br>Cleveland, OH 44114<br>Tel: 216-241-6100<br>Komlavi.atsou@ogletreedeakins.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Kevin G. Sweat, certify that the foregoing **CERTIFICATION AND REPORT OF F.R.C.P. 26(f), LCvR 16.1, CONFERENCE AND DISCOVERY PLAN** was filed this day with the Clerk of Court, using the CM/ECF system, which will give notice of same to the following counsel of record:

    Virginia M. Wooten
    Meredith F. Hamilton
    Komlavi Atsou (Pro Hac Vice)
    Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
    201 South College Street, Suite 2300
    Charlotte, N.C. 28244
    Telephone: 704-342-2588
    Facsimile: 704-342-4379
    Email:    virginia.wooten@ogletree.com
                 Meredith.hamilton@ogletree.com
                 Komlavi.atsou@ogletree.com

This the 21st day of August, 2024.

                                          LORD & LINDLEY, PLLC

                                          /s/ Kevin G. Sweat
                                          Harrison A. Lord (NCSB# 36236)
                                          hlord@lordlindley.com
                                          Trey Lindley (NCSB# 31650)
                                          tlindley@lordlindley.com
                                          Kevin G. Sweat (NCSB# 52951)
                                          ksweat@lordlindley.com
                                          1057 East Morehead St, #120
                                          Charlotte, NC 28204
                                          704-405-8999 (Phone)
                                          704-943-3779 (Fax)
                                          *Attorneys for Plaintiff*