IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MEDSHIFT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VIGOR SERVICES, LLC d/b/a REVIBE ) | |
| MEN'S HEALTH, ) | Civil Action No. 3:24-cv-00629 |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BTL INDUSTRIES, INC., ) | |
| ) | |
| Third-Party Defendant. ) | |

## THIRD-PARTY DEFENDANT BTL INDUSTRIES, INC.'S MOTION TO DISMISS

NOW COMES Third-Party Defendant BTL Industries, Inc., pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and moves to dismiss the First Amended Third-Party Complaint. The grounds for the motion are set forth in the accompanying Memorandum of Law.

This the 19th day of December, 2024.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ Jacob H. Wellman
Jacob H. Wellman – N.C. State Bar No. 28853
P.O. Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
Emails: jwellman@teaguecampbell.com
*Attorney for Third-Party Defendant BTL Industries, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

This the 19th day of December, 2024.

        **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

        BY:   /s/ Jacob H. Wellman
                Jacob H. Wellman – N.C. State Bar No. 28853